# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Michael Anthony Romero**<br>DOB: xx/xx/1985<br>United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**19-00780 MJ** |

Complaint for violation of Title 18 United States Code § 922(g)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 7, 2019, within the Saguaro National Park, near Tucson, in the District of Arizona, **Michael Anthony Romero**, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: one Taurus model PT 24/7 9mm handgun; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On September 7, 2019, at approximately 5:10 pm, National Park Service (NPS) law enforcement Rangers working within Saguaro National Park stopped a vehicle for traffic violations. **Michael Anthony Romero** was a passenger of the vehicle, and during the stop told rangers he was a convicted felon and that there was a firearm in the vehicle. A U.S. Border Patrol Canine Agent assisting NPS Rangers recovered a Taurus PT 24/7 9mm handgun with serial number TXB49079 from underneath the passenger seat where **Romero** had been seated. The firearm also had a loaded magazine inserted. Further records checks confirmed that the firearm was stolen. **Romero** was convicted on January 23, 2015, of Manufacturing, Distributing or Disbursing of Any Controlled Substance, a felony, and sentenced to 15 months in federal prison. **Romero** was advised of his rights under Miranda and agreed to answer the Rangers' questions. **Romero** stated he knew he was a convicted felon and knew it was illegal to possess a firearm due to his conviction. **Romero** further stated a friend of his had left the firearm in the vehicle recently. The Bureau of Alcohol, Tobacco, Firearms, and Explosives confirmed that the firearm possessed by **Romero** was likely manufactured outside the state of Arizona, thereby affecting interstate and/or foreign commerce.

| MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>REVIEWED by AUSA Angela W. Woolridge *[signature]* | SIGNATURE OF COMPLAINANT<br>*M.C. Thorson HSA25*<br>OFFICIAL TITLE<br>NPS Special Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]  *Leslie A. Bowman* | DATE<br>September 9, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54